UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CYNTHIA GATLING,<br><br>*Plaintiff,*<br><br>v.<br><br>JUBILEE HOUSING, INC., *et al.,*<br><br>*Defendants* | Case No. 1:20-cv-3770 |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Cynthia Gatling ("Plaintiff") and Defendants, Jubilee Housing, Inc., Jubilee Housing Limited Partnership, James D. Knight, and Dorothy Larimer, by and through their respective undersigned counsel, and pursuant to Fed. R. Civ. P. 41, hereby stipulate that all claims in this action, including all claims and counterclaims that were brought or could have been brought herein, be, and they hereby are, dismissed with prejudice, with no right of further appeal, and with each party to bear his, her, or its own attorney's fees and costs.

| | |
|---|---|
| Respectfully submitted,<br><br>KALBIAN HAGERTY, LLP<br><br>By: /s/ Eric L. Siegel<br>Eric L. Siegel (Bar No. 427350)<br>888 17th Street, N.W., Suite 1000<br>Washington, D.C. 20006<br>Telephone: (202) 419-3296<br>esiegel@kalbianhagerty.com<br><br>*Counsel for Plaintiff Cynthia Gatling.* | Respectfully submitted,<br><br>NIXON PEABODY LLP<br><br>By: /s/ Harry J. Kelly<br>Harry J. Kelly (DC Bar No. 385758)<br>Brian J. Whittaker (DC Bar No. 997952)<br>Martha A. Medina (DC Bar No. 1719416)<br>799 Ninth Street, NW, Suite 500<br>Washington D.C. 20001-4501<br>Telephone: (202) 585-8000<br>Email: hkelly@nixonpeabody.com<br>Email: bwhittaker@nixonpeabody.com<br>Email: mmedina@nixonpeabody.com<br><br>*Counsel for Defendants Jubilee*<br>*Housing, Inc., Jubilee Housing Limited*<br>*Partnership, James D. Knight, and Dorothy Larimer* |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 18th day of August, 2022, a true and correct copy of the foregoing Stipulation of Dismissal was filed with the Court through the electronic filing system, which will automatically provide notice thereof to all registered counsel of record.

                                            /s/ Eric. L. Siegel
                                              Eric L. Siegel